

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00203-CR

LEWAYNE LARRY MULLENIX                                    APPELLANT

V.

THE STATE OF TEXAS                                             STATE

----------

## FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Lewayne Larry Mullenix filed a pro se notice of appeal from his conviction for robbery causing bodily injury. The trial court's certification states that this "is a plea-bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal." On May 9, 2012, we notified Mullenix that this appeal could be dismissed unless he or any party desiring to continue the appeal filed a response on or before May 21, 2012, showing

---

[1]See Tex. R. App. P. 47.4.

grounds for continuing the appeal. We have not received a response. Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 28, 2012